IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40652
Conference Calendar
_____


TODD CARRAWAY,

                                    Plaintiff-Appellant,


versus


THE STATE OF TEXAS; TEXAS DEPARTMENT OF CRIMINAL
JUSTICE; JAMES A. LYNAUGH; LUPE LAZANO,

                                    Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-94-CV-43
- - - - - - - - - - -
October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Todd Carraway, a Texas prisoner (# 668946), appeals from the
district court's order granting summary judgment in favor of the
defendants in his civil rights action filed pursuant to 42 U.S.C.
§ 1983.  He asserts that the district court erred in determining
that the defendants had not denied him access to the courts by

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

maintaining an inadequate law library at his place of confinement.  We have reviewed the record and the briefs of the parties and AFFIRM the district court's judgment for essentially the same reasons adopted by the district court.  See Carraway v. The State of Texas et al., No. L-94-CV-43 (S.D. Tex. May 14, 1996).

AFFIRMED.